UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VITA C. CHENET, ET. AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-9545** |
| **COLGATE-PALMOLIVE CO., ET. AL.** | **SECTION: "B"(4)** |

<u>ORDER</u>

Before the Court is plaintiffs' self-styled "emergency" motion for remand (Rec. Doc. 15).

Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition with citations of authorities be filed **and** served no later than eight (8) days before the noticed submission date. In response to the instant motion, defendants Johnson & Johnson and Johnson & Johnson Consumer Companies, Inc. filed an opposition (Rec. Doc. 17). Recently, on July 25, 2019, defendants filed a notice to withdraw their previously filed opposition (Rec. Doc. 26). Accordingly, the motion to remand is deemed unopposed and appears now to be appropriate,

**IT IS ORDERED** that the motion for remand is **GRANTED**, **without prejudice,** and the instant action is hereby **REMANDED** to the Civil District Court, Parish of Orleans, State of Louisiana, for further proceedings.

New Orleans, Louisiana this 13th day of August, 2019

_____
SENIOR UNITED STATES DISTRICT JUDGE